UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 1, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:17-po-00514-DB |
| v. | ) | ORDER FOR RELEASE OF |
| STEVEN HUMPHREY, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEVEN HUMPHREY</u>, Case No. <u>2:17-PO-00514-DB</u>, Charge <u>Failure to Appear</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

— Bail Posted in the Sum of $__

    — Unsecured Appearance Bond

    — Appearance Bond with 10% Deposit

    — Appearance Bond with Surety

    — Corporate Surety Bail Bond

✔ (Other)  <u>Defendant ordered to appear 12/12/17 at 9:00 a.m. in courtroom #26</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 1, 2017</u> at <u>2:35</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge