FILED

April 2, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )          Case No. 2:17-po-00514-AC
                                   )                   2:17-po-00530-AC
v.                                 )
                                   )
STEVEN HUMPHREY,                   )          ORDER FOR RELEASE OF
          Defendant.               )          PERSON IN CUSTODY
                                   )
_____)

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release, STEVEN HUMPHREY, Case No.

2:17-po-00514-AC and 2:17-po-00530-AC from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of: $

        _____    Co-Signed Unsecured Appearance Bond

        _____    Secured Appearance Bond

    __X__    (Other) Conditions as stated on the record.

    _____    (Other)

    This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

    Issued at _Sacramento, CA_ on _4/2/2018_ at _2:35 p.m._

                                        By _____
                                           Edmund P. Brennan
                                           United States Magistrate Judge